# Your New Benefit Amount

**BENEFICIARY'S NAME: ROCCO F DESANTIS**

Your Social Security benefits will increase by 2.0% in 2018 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

## How Much Will I Get And When?

- Your monthly amount (before deductions) is — $2,052.00
- The amount we deduct for Medicare medical insurance is — $134.80
  (If you did not have Medicare as of November 17, 2017,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is — $27.20
  (We will notify you if the amount changes in 2018. If you did not elect
  withholding as of November 1, 2017, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is — $0.00
  (If you did not elect voluntary tax withholding as of
  November 17, 2017, we show $0.00.)
- After we take any other deductions, you will receive — $1,890.00
  on or about January 3, 2018.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

## What If I Have Questions?
- Visit our website at *www.socialsecurity.gov*.
- Call us toll-free at **1-800-772-1213 (TTY 1-800-325-0778)**.
- Contact your nearest Social Security office.

2389 RICHMOND AVENUE
STATEN ISLAND NY 10314

## Help For Seniors
Call the Eldercare Locator service of the U.S. Administration on Aging at 1-800-677-1116 or visit *www.eldercare.gov* to learn about a wide variety of services that may be helpful to you.

BNC#: 17B1511A08515

Over ▶

---

SOCIAL SECURITY ADMINISTRATION
NORTHEASTERN PROGRAM SERVICE CENTER
PO BOX 310120
JAMAICA NY 11431-0120

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FIRST-CLASS MAIL
PRESORTED
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

NEW AUTO**SCH 5-DIGIT 10307
F4R17A-0028149 4-017    4/83/140
ROCCO F DESANTIS
5 SUNSET LN
STANTON ISLAND NY 10307-1990

Securing today
and tomorrow

From: Pasquale De Santis pdesantis21@gmail.com
Subject: Ss statement mom
Date: Apr 1, 2019 at 12:06:18 PM
To: desantisesq@gmail.com

Apr 1, Doc 1.pdf
773 KB

# Your New Benefit Amount

### BENEFICIARY'S NAME: STELLA DESANTIS

Your Social Security benefits will increase by 2.8% in 2019 because of a rise in the cost o living. You can use this letter as proof of your benefit amount if you need to apply for foo rent, or energy assistance. You can also use it to apply for bank loans or for other busine Keep this letter with your important financial records.

### How Much Will I Get And When?

| | |
|---|---:|
| • Your monthly amount (before deductions) is | $1,022. |
| • The amount we deduct for Medicare Medical Insurance is<br>(If you did not have Medicare as of November 16, 2018,<br>or if someone else pays your premium, we show $0.00.) | $0.( |
| • The amount we deduct for your Medicare Prescription Drug Plan is<br>(We will notify you if the amount changes in 2019. If you did not elect withholding as of November 1, 2018, we show $0.00.) | $0.0 |
| • The amount we deduct for voluntary Federal tax withholding is<br>(If you did not elect voluntary tax withholding as of<br>November 16, 2018, we show $0.00.) | $0.0 |
| • After we take any other deductions, you will receive | $1,022.( |

on or about January 16, 2019.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. Or visit *www.ssa.gov/non-medical/appeal* to appeal onlin( We would be happy to review the amounts.

If you receive a paper check

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

## What If I Have Questions?
- Visit our website at *www.socialsecurity.gov*
- Call us toll-free at 1-800-772-1213 (TTY 1-800-325-0778)
- Contact your nearest Social Security office

2389 RICHMOND AVENUE
STATEN ISLAND NY 10314

## Other Help For Seniors
Call the Eldercare Locator service of the U.S. Administration on Aging at 1-800-677-1111 or visit *www.eldercare.acl.gov* to learn about a wide variety of services that may be helpful to you.

BNC#: 18B1410A18106

Over

SOCIAL SECURITY ADMINISTRATION
NORTHEASTERN PROGRAM SERVICE CENTER
PO BOX 310120
JAMAICA NY 11431-0120

FIRST-CLASS MAI
PRESORTED
POSTAGE AND FEES
SOCIAL SECURIT
ADMINISTRATION